Submitted on the record July 13, reversed July 26, 1976

STATE OF OREGON, *Respondent,*
*v.*
ROGER JACKSON, *Appellant.*
(No. 76-32C, CA 6187)

552 P2d 80

Enver Bozgoz, Klamath Falls, appeared for appellant.

Lee Johnson, Attorney General, W. Michael Gillette, Solicitor General, and Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent.

Before Schwab, Chief Judge, and Langtry and Fort, Judges.

PER CURIAM.

The state concedes that the judgment and conviction in this case was in error and must be reversed. It is so ordered.

Reversed.